# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO.  3:25-MC-00136

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE EIGHTH FAMILY COURT OF ISTANBUL, REPUBLIC OF TURKIYE, IN *OĞUL SINAN GÜRSAN v. DUYGU GÜRSAN,* REF. NO. 2024/467 | ) ) ) ) ) ) |

## APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782(a)

NOW COMES Russ Ferguson, United States Attorney for the Western District of North Carolina, by and through the undersigned Assistant United States Attorney, Janice Powers, and petitions this Court for an Order pursuant to 28 U.S.C. §1782(a), appointing Janice Powers, Assistant United States Attorney, Commissioner for the purposes of obtaining documents from Wells Fargo Bank.  Certain information has been requested by the Eighth Family Court of Istanbul, in the Republic of Turkey, pursuant to a Letter of Request issued in connection with a civil matter pending in Turkey captioned *Oğul Sinan Gürsan v. Duygu Gürsan,* Foreign Reference Number 2024/467, D.J. Reference Number: 189-25-25-122. The grounds for this Application are more fully articulated in the Memorandum of Law that has been simultaneously filed with the Application.  A proposed Order is also provided for the convenience of the Court.

This the 21st day of October, 2025.

RUSS FERGUSON
UNITED STATES ATTORNEY

**s/Janice Powers**
JANICE POWERS
Assistant United States Attorney
North Carolina Bar No. 60504
227 W. Trade Street – Suite 1650
Charlotte, NC 28202
Tel: (704) 344-6222
Email: Janice.Powers@usdoj.gov